**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**Stacey D. Adams**<br>UNITED STATES MAGISTRATE JUDGE | FRANK R. LAUTENBERG U.S. POST<br>OFFICE & COURTHOUSE BUILDING<br>2 FEDERAL SQUARE<br>NEWARK, NJ 07102<br>973-645-6121 |

June 9, 2025

**LETTER ORDER**

Re:   ***Campos et al v. Dia Empire Group et al***   ***Campos et al v. SP Realty Inv. et al***
        Case No. 22-cv-7426 (BRM) (SDA)           Case No. 23-cv-21802 (BRM) (SDA)

       ***Campos et al v. Kukaj et al***
        Docket No. 24-cv-1358 (BRM) (SDA)

Dear Counsel:

**WHEREAS**, the three above-referenced matters were consolidated for discovery/case management purposes only on October 8, 2024 (*See* 2:22-cv-7426 at ECF No. 41; 2:23-cv-2180 at ECF No. 30; 24-cv-1358 at ECF No. 14);

**WHEREAS**, the Court finds all documents related to discovery should be filed under one docket number for ease of case management; and for good cause shown:

IT IS, on this **9th** day of **June**, **2025** hereby ORDERED as follows:

The parties shall file all filings related to discovery and case management in all three above-referenced matters under **Case No. 22-cv-7426**. The clerk is directed to update CM/ECF accordingly, to insure that all counsel of record and pro se litigants from all three matters receive notice of any filings made under 22-cv-7426.

**IT IS SO ORDERED.**

*s/ Stacey D. Adams*
Stacey D. Adams
United States Magistrate Judge
